### Timothy BART, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 63352.

Missouri Court of Appeals, Western District.

Sept. 7, 2004.

Andrew A. Schroeder, Kansas City, for appellant.

Deborah Daniels, Assisant Attorney General, Jefferson City, for respondent.

Before JAMES M. SMART, Presiding Judge, JOSEPH M. ELLIS, Judge and LISA WHITE HARDWICK, Judge.

### ORDER

PER CURIAM.

Timothy Bart appeals from the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explain-

ing our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).